■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS RODRIGUEZ, Appellant. [24 NYS3d 907]—

Judgment, Supreme Court, New York County (Renee A. White, J., at hearing; Patricia Nunez, J., at plea and sentencing), rendered May 23, 2013, convicting defendant of robbery in the first degree, and sentencing him, as a second violent felony offender, to a term of 15 years, unanimously affirmed.

Even if there were any ambiguity in the sentencing court's colloquy, defendant executed a detailed written waiver and indicated his assent to the appeal waiver. Thus, defendant made a valid waiver of his right to appeal (*People v Lopez*, 6 NY3d 248, 256-257 [2006]), which forecloses review of his suppression and excessive sentence claims.

Regardless of whether defendant made a valid waiver of his right to appeal, we find that the court properly denied his suppression motion. The record fails to support defendant's claim that the voluntariness of his statement was affected by intoxication. Defendant's claim that a detective obtained the statement by means of misleading remarks is unpreserved and we decline to review it in the interest of justice. As an alternative holding, we reject it on the merits. We similarly reject defendant's excessive sentence claim. Concur—Renwick, J.P., Andrias, Saxe and Richter, JJ.